IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE EDWARDS,

    Petitioner,

v.                                  CASE NO. 4:06cv376-RH/AK

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 17), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is DISMISSED with prejudice." The clerk shall close the file.

SO ORDERED on June 13, 2008.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge